

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 20, 2015

Edmundo O. Ramirez
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Margil Sanchez
PO Box 297
Rio Grande City, TX 78582-0297
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-15-00465-CV
       Trial Court Case Number:    DC-03-350
       Style:  Adolfo R. Martinez
            v.
            Noel P. Benavides, et al.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Carmen Benavides Ramirez (DELIVERED VIA E-MAIL)
Edmundo O. Ramirez (DELIVERED VIA E-MAIL)